United States Courts
Southern District of Texas
FILED

*April 15, 2026*

Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| | § | |
| V. | § | CRIMINAL NO.: **4:26-cr-228** |
| | § | |
| TRAVIS LYNCH | § | |
| | § | |
| Defendant. | § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### INTRODUCTION

At all times material to this Indictment, Valero-Rite Shop, is a business with corporate headquarters outside the State of Texas, with stores throughout the United States, engaged in the business of retail purchase and sales of consumer goods which are shipped in interstate commerce and which affect interstate commerce.

### COUNT ONE

Title 18, United States Code, § 1951(a)-Interference with Commerce by Robbery

On or about November 16, 2025, in the Houston Division of the Southern District of Texas,

TRAVIS LYNCH

defendant herein, did obstruct, delay, and affect interstate commerce and the movement of articles and commodities in commerce by means of robbery, as the terms "commerce" and "robbery" are defined in Title 18, United States Code, §§ 1951(b)(1) and (b)(3), in that the defendant did unlawfully attempt to take and obtain the property of VALERO-RITE SHOP, located at 2003 Pease, Houston, Texas, which was in the possession and custody of an employee of VALERO-

RITE SHOP, namely, United States currency, by means of actual and threatened force, violence, and fear of injury to those in lawful possession of those items.

In violation of Title 18, United States Code, § 1951(a).

## COUNT TWO

### Title 18, United States Code, § 924(c)(1)(A)(ii) - Brandishing of a Firearm During and in Relation to a Crime of Violence

On or about November 16, 2025, in the Houston Division of the Southern District of Texas,

## TRAVIS LYNCH,

defendant herein, did knowingly brandish a firearm, namely, a pistol, during and in relationship to a crime of violence for which he may be prosecuted in a court of the United States, that being Interference with Commerce by Robbery.

In violation of Title 18, United States Code, § 924(c)(1)(A)(ii).

**NOTICE OF CRIMINAL FORFEITURE**

Pursuant to Title 18, United States Code, Section 924(d(1), and Title 28, United States Code, Section 2461(c), the United States of America hereby gives notice that the firearm(s), involved in violation of Title 18, United States Code, Section 924(c) and 924(a)(2)as charged in the indictment are subject to forfeiture including, but not limited to, the following:

1. Taurus, G3C, Semi-Automatic Pistol, serial number #ACL500305 and any accompanying magazines, clips or ammunition.

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE

FOREMAN OF THE GRAND JURY

JOHN G.E. MARCK
Acting United States Attorney

BY: _____
Jill Jenkins Stotts
Assistant United States Attorney